1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11   Alejandro Lucero,                    )   CASE NO.: 2:13-cv-03415-SVW-PJW
                                          )
12         Plaintiff                      )   ORDER   DISMISSING   ACTION
                                          )   PURSUANT   TO   NOTICE   OF
13         vs.                            )   SETTLEMENT
                                          )
14   NTS W. USA et al,                    )
                                          )       JS - 6
15         Defendant.                     )
                                          )
16   _____ )

17         The Court having been advised by the parties that the above-entitled action has

18   been settled;

19         IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

20

21         IT IS SO ORDERED.

22

23   Dated:  October 25, 2013
                                         _____
24                                       STEPHEN V. WILSON
                                         UNITED STATES DISTRICT JUDGE
25
26
27
28